MICHAEL A. MCGILL, ESQ. – SBN#231613
mcgill@policeattorney.com
CHRISTOPHER L. GASPARD, ESQ. – SBN#275763
chris@policeattorney.com
LACKIE, DAMMEIER & MCGILL, APC
367 North Second Avenue
Upland, CA 91786
Telephone: (909) 985-4003
Facsimile: (909) 985-3299
Attorney for Plaintiff, CHRISTINE MURRAY

S. FRANK HARRELL, ESQ. – SBN#133437
sharrell@lynberg.com
ALEXANDRU D. MIHAI, ESQ. – SBN#251770
amihai@lynberg.com
**LYNBERG & WATKINS, APC**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010  Telephone
(714) 937-1003  Facsimile
Attorneys for COUNTY OF ORANGE, ORANGE COUNTY
SHERIFF'S DEPARTMENT, SANDRA HUTCHENS, JOHN SCOTT
and MICHAEL HILLMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MURRAY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>COUNTY OF ORANGE, a municipal corporation; ORANGE COUNTY SHERIFF-CORONER DEPARTMENT; SANDRA HUTCHENS, individually and as Sheriff of the Orange County Sheriff-Coroner Department; JOHN SCOTT, individually and as Undersheriff of the Orange County Sheriff-Coroner Department; MICHAEL HILLMAN, individually and as Former Assistant Sheriff of the Orange County Sheriff-Coroner Department; and DOES 1 THROUGH 10 inclusive,<br><br>                    Defendants. | CASE NO.: **SACV 10-01675 JVS(MLGx)**<br><br>Assigned for this matter to:<br>Honorable Marc L. Goldman<br><br>**ORDER FOR PROTECTIVE ORDER  RE CONFIDENTIAL DOCUMENTS** |

1

## <u>ORDER</u>

2        Pursuant to the Stipulation of the parties, and good cause appearing therefor,

3   the Court now adopts the parties' Stipulation for Protective Order Re Confidential

4   Documents and enters the same as an **ORDER** of the Court.

5   IT IS SO ORDERED.                    *MARC L. GOLDMAN*

6   Date:  January 4, 2012
                                         _____
7                                        HON. MARC L. GOLDMAN
                                         United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER FOR PROTECTIVE ORDER RE CONFIDENTIAL DOCUMENTS