1  Michael A. McGill SBN 231613
2  mcgill@policeattorney.com
   Christopher L. Gaspard, SBN 275763
3  chris@policeattorney.com
4  LACKIE, DAMMEIER & MCGILL APC
   367 North Second Avenue
5  Upland, CA  91786
6  Telephone: (909) 985-4003
7  Facsimile:  (909) 985-3299

8  Attorneys for Plaintiff,
9  CHRISTINE MURRAY

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

| CHRISTINE MURRAY, | Case No.: CV10-01675 JVS (MLGx) |
|---|---|
| Plaintiff, | *Assigned for all purposes to:*  *Honorable James V. Selna – 10C* |
| vs. | **PLAINTIFF'S INDEX OF EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION; DECLARATION OF CHRISTOPHER L. GASPARD** |
| COUNTY OF ORANGE, a municipal corporation; ORANGE COUNTY SHERIFF-CORONER DEPARTMENT; SANDRA HUTCHENS, individually and as Sheriff of the Orange County Sheriff-Coroner Department; JOHN SCOTT, individually and as Undersheriff of the Orange County Sheriff-Coroner Department; MICHAEL HILLMANN, individually and as Former Assistant Sheriff of the Orange County Sheriff-Coroner Department; and DOES 1 THROUGH 10 inclusive, | Hearing Date:   July 30, 2012  Time:                 1:30 p.m.  Courtroom:       10C   *Filed Concurrently With (1) Plaintiff's Opposition to Motion for Summary Adjudication; Memorandum of Points and Authorities; and (2) Plaintiffs' Statement of Genuine Disputes.* |
| Defendants. | |

1

PETITIONER'S APPENDIX OF EVIDENCE
IN SUPPORT OF MOTION FOR WRIT OF MANDATE

I, CHRISTOPHER L. GASPARD, declare as follows:

I am an attorney at law duly authorized to practice before this Court, and am an associate at the law firm of Lackie, Dammeier & McGill APC, attorneys for Plaintiff Christine Murray. I, along with other attorneys from my office, have handled all aspects of this case and am completely familiar with the case. I make this declaration of my own personal knowledge. If called to testify to the matters set forth below, I could and would do so competently:

1. On or about April 12, 2012, I deposed Robert Leys. Attached hereto as **Exhibit 255** is a true and correct copy of excerpts of Leys' deposition transcript. The attached copy accurately reflects the questions asked and answers given during the deposition.

2. On or about April 13, 2012, I deposed Carl Crown. Attached hereto as **Exhibit 256** is a true and correct copy of excerpts of Crown's deposition transcript. The attached copy accurately reflects the questions asked and answers given during the deposition.

3. On or about May 14, 2012, I deposed Sandra Hutchens. Attached hereto as **Exhibit 253** is a true and correct copy of excerpts of Hutchens' deposition transcript. The attached copy accurately reflects the questions asked and answers given during the deposition.

4. On or about May 24, 2012, I deposed John Scott. Attached hereto as **Exhibit 254** is a true and correct copy of excerpts of Scott's deposition transcript. The attached copy accurately reflects the questions asked and answers given during the deposition.

5. Attached hereto as **Exhibit 206** is a letter dated September 17, 2009, from Defendant Hutchens to Plaintiff releasing Plaintiff from employment with the Orange County Sheriff's Department. Exhibit 206 is referenced on page 80 of Scott's deposition and paragraph 20 of Captain Murray's Declaration (Ex. 257).

2

6. Attached hereto as **Exhibit 209** is a layoff notice dated September 17, 2009, from Defendant Hutchens to Plaintiff noticing her layoff from the Orange County Sheriff's Department. Exhibit 209 is referenced on page 82 of Scott's deposition, page 38 of Ley's deposition, page 40 of Crown's deposition, and paragraph 21 of Captain Murray's Declaration (Ex. 257).

7. Attached hereto as **Exhibit 212** is an email string between Plaintiff and County Human Resources officials regarding Plaintiff's request for a hearing. Exhibit 212 is referenced on page 212 of Ley's deposition, page 45 of Crown's deposition, and paragraph 22 of Captain Murray's Declaration (Ex. 257).

8. Attached hereto as **Exhibit 213** is a copy of Personnel and Salary Resolution (PSR), Article XVI, detailing mandated layoff procedures for the Orange County Sheriff-Coroner Department. Exhibit 213 is referenced on page 60 of Scott's deposition, page 64 of Ley's deposition, and page 56 of Crown's deposition.

9. Attached hereto as **Exhibit 214** is a copy of email correspondence between Plaintiff and Bob Leys of Orange County, dated December 16, 2009. Exhibit 214 is referenced on page 77 of Ley's deposition and paragraph 23 of Captain Murray's Declaration (Ex. 257).

10. Attached hereto as **Exhibit 215** is an Orange County "Job Opportunities" notice from the County's Human Resources Department, noticing job openings for the position of "Director of Support Services" for the Sheriff's Department. Retrieved on December 29, 2009. Exhibit 215 is referenced on page 125 of Scott's deposition, page 86 of Ley's deposition, page 75 of Crown's deposition, and paragraph 25 of Captain Murray's Declaration (Ex. 257).

11. Attached hereto as **Exhibit 216** is email correspondence between Plaintiff and Defendant Hutchens, dated January 7, 2010, in which Plaintiff requested reinstatement after the retirement of the individual who assumed

3

Plaintiff's duties after her layoff. Exhibit 216 is referenced on page 120 of Scott's deposition, page 89 of Ley's deposition, page 78 of Crown's deposition and paragraph 26 of Captain Murray's Declaration (Ex. 257).

12. Attached hereto as **Exhibit 217** is Letter, dated January 15, 2010, from Orange County Sheriff's Department Commander W. David Wilson to Plaintiff, in which the Department indicated it had "decided not to move forward with the recruitment" for the open position indicated by Exhibit 217. Exhibit 217 is referenced on page 125 of Scott's deposition, page 86 of Ley's deposition, page 75 of Crown's deposition, and paragraph 25 of Captain Murray's Declaration.

13. Attached hereto as **Exhibit 218** is Email correspondence between Plaintiff and Diane Tapia, Orange County's Director of Support Services recruitment, dated February 5, 2010. Exhibit 218 is referenced on page 97 of Ley's deposition.

14. Attached hereto as **Exhibit 221** is a Memorandum from Defendant Hutchens to "All Division Commanders" of the Orange County Sheriff's Department, regarding "temporary promotions/transfers", dated February 5, 2010.

15. Attached hereto as **Exhibit 222** is a Memorandum from Defendant Hutchens to "All Division Commanders" of the Orange County Sheriff's Department, regarding "temporary promotions/transfers", dated February 5, 2010.

16. Attached hereto as **Exhibit 223** is Memorandum from Defendant Hutchens to "All Division Commanders" of the Orange County Sheriff's Department, regarding "permanent/temporary promotions", dated October 24, 2011.

17. Attached hereto as **Exhibit 229** is Memorandum from Defendant Hutchens to "All Division Commanders" of the Orange County Sheriff's Department, regarding "transfers", dated March 13, 2009. Exhibit 229 is referenced on paragraph 29 of Captain Murray's Declaration.

18. Attached hereto as **Exhibit 232** is Letter a Document reflecting

information provided to Undersheriff by Jack Anderson regarding Captains' name, assignment, dates of birth, hire date, and years of service. Exhibit 232 is referenced on page 57 of Scott's deposition.

19. Attached hereto as **Exhibit 233** is Email correspondence between John Scott to the Division Commanders of the Orange County Sheriff's Department, dated July 9, 2009. Exhibit 233 is referenced page 73 of Scott's deposition and paragraph 18 Captain Murray's Declaration.

20. Attached hereto as **Exhibit 235** are Notes produced by Plaintiff in her meeting with Defendant Hutches on August 3, 2009. Exhibit 235 is referenced on page 83 of Scott's deposition and paragraph 19 of Captain Murray's Declaration.

21. Attached hereto as **Exhibit 237** is a Memorandum from Defendant Hutchens to "All Division Commanders" of the Orange County Sherriff's Department, regarding "permanent promotions", dated July 10, 2009. Exhibit 237 is referenced on page 76 of Scott's deposition.

22. Attached hereto as **Exhibit 238** is Document entitled "CPRA Roster Listing", current as of August 5, 2009.

23. Attached hereto as **Exhibit 239** is document entitled "Orange County Sherriff's Department Executive and Commander Staff." Exhibit 239 is referenced on page 97 of Scott's deposition.

24. Attached hereto as **Exhibit 244** is Memorandum from Defendant Hutchens to "All Division Commanders" of the Orange County Sheriff's Department, regarding "transfers/temporary promotions", dated May 4, 2010.

25. Attached hereto as **Exhibit 245** is Memorandum from Defendant Hutchens to "All Department Personnel" of the Orange County Sheriff's Department, regarding "appointment of support services director", dated March 19, 2010.

PETITIONER'S APPENDIX OF EVIDENCE
IN SUPPORT OF MOTION FOR WRIT OF MANDATE

26. Attached hereto as **Exhibit 250** is a Job bulletin for the position of Captain with the Orange County Sheriff's Department, issued March 15, 2010. Exhibit 250 is referenced on paragraph 28 of Captain Murray's declaration.

27. Attached hereto as **Exhibit 251** is a Letter from Diane Tapia, Recruitment Manager Orange County Sheriff's Department, to Plaintiff dated April 1, 2010. Exhibit 251 is referenced on paragraph 29 of Captain Murray's declaration.

28. Attached hereto as **Exhibit 252**, Portions of County PSR. Exhibit 252 is referenced on paragraph 33 of Captain Murray's declaration.

29. Attached hereto as **Exhibit 257** is a true and correct copy of the declaration of Christine Murray.

30. Attached hereto as **Exhibit 258** is a true and correct copy of the declaration of Jack Anderson.

31. Attached hereto as **Exhibit 259** is a true and correct copy of the declaration of John B. Davis.

32. Attached hereto as **Exhibit 260** is a true and correct copy of the declaration of Brian Cossairt.

33. Attached hereto as **Exhibit 261** is a true and correct copy of the declaration of Deanna Berquist.

34. Attached hereto as **Exhibit 262** is a true and correct copy of the declaration of Robert Eason.

35. Attached hereto as **Exhibit 263** is a true and correct copy of an email I sent to counsel for Defendants as part of the meet-and-confer process. On June 20, 2012, the day after I sent this email, I had a telephone conversation with Mr. Mihai in which we discussed Plaintiff's Section 1983 Due Process claim.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Upland, California, this 9th day of July 2012.

PETITIONER'S APPENDIX OF EVIDENCE
IN SUPPORT OF MOTION FOR WRIT OF MANDATE

_____
Christopher L. Gaspard, Esq.

7

PETITIONER'S APPENDIX OF EVIDENCE
IN SUPPORT OF MOTION FOR WRIT OF MANDATE