```
 1  NORMAN J. WATKINS, ESQ. – SBN#87327                    JS-6
    nwatkins@lynberg.com
 2  S. FRANK HARRELL, ESQ. – SBN#133437
    sharrell@lynberg.com
 3  ALEXANDRU D. MIHAI, ESQ. – SBN#251770
    amihai@lynberg.com
 4  LYNBERG & WATKINS, APC
    A Professional Corporation
 5  1100 Town & Country Road, Suite 1450
    Orange, California 92868
 6  (714) 937-1010  Telephone
    (714) 937-1003  Facsimile
 7
    Attorneys for Defendants
 8
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CHRISTINE MURRAY,                          | CASE NO. 8:10-CV-1675 JVS (MLGx)                         |
|---                                         |---                                                       |
|         Plaintiff,                         | Assigned for All Purposes to the Hon. James V. Selna     |
|   vs.                                      | **JUDGMENT FOR DEFENDANTS**                              |
| COUNTY OF ORANGE, a municipal corporation, |                                                          |
|         Defendant.                         |                                                          |

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1
**[PROPOSED] JUDGMENT**

# JUDGMENT OF DISMISSAL

On July 30, 2012, the Court granted Summary Adjudication and ordered that individual Defendants Sandra Hutchens, John Scott, and Michael Hillman were entitled to qualified immunity with respect to Plaintiff Christine Murray's ("Plaintiff's") First Cause of Action for violation of the First Amendment under 42 U.S.C. § 1983. (See, Docket No. 69).

On August 27, 2012, Plaintiff voluntarily dismissed her Third Cause of Action for "FEHA gender discrimination – *Gov't Code § 12940(a)*". (See, Docket No. 74).

On September 21, 2012 the Court granted Summary Adjudication and dismissed Plaintiff's Eighth Cause of Action for violation of the "Public Safety Officers Procedural Bill of Rights Act – *Gov't Code § 3300 et seq.*" ("POBRA"). (See, Docket No. 77).

On October 10, 2012, Plaintiff voluntarily dismissed her Seventh Claim for "Retaliation – *Gov't Code § 53298*". (See, Docket No. 82).

On October 31, 2012 the Court dismissed Plaintiff's Ninth Cause of Action for "Petition for Writ of Mandate – *Cal. Code Civ. Proc. § 1085* and/or Breach of Contact" without prejudice to re-filing in Superior Court. (See, Docket No. 78).

On December 19, 2012 the Court granted Summary Adjudication and dismissed Plaintiff's Second, Fourth, and Fifth Causes of Action for disability discrimination under the Fair Employment and Housing Act ("FEHA") and Plaintiff's Sixth Cause of Action for "Retaliation – *Labor Code § 1102.5*". (See, Docket No. 89).

On March 6, 2013, Plaintiff's First Cause of Action for violation of Plaintiff's First Amendment Rights under 42 U.S.C. § 1983 against Defendant County of Orange came on regularly for a bench trial in Courtroom 10C of the above-captioned Court, the Honorable James V. Selna, presiding. Plaintiff Christine Murray, appeared by attorney Christopher Gaspard. Defendant County of

Orange, appeared by attorneys Norman J. Watkins and S. Frank Harrell.  After hearing the admissible evidence and following due consideration of the matter, the Court entered a verdict in favor of Defendant County of Orange on March 6, 2013.

All claims by Plaintiff against all Defendants having been dismissed, and good cause appearing therefor,

**It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:**

1. Plaintiff Christine Murray shall recover nothing against Defendants;

2. Defendants shall have judgment in their favor on all of Plaintiff's causes of action; and

3. Defendants shall recover from Plaintiff their costs of suit in accordance with applicable law; and

4. This matter shall be, and hereby is, dismissed as to Defendants County of Orange, Orange County Sheriff's Department, Sandra Hutchens, John Scott, and Michael Hillmann with prejudice.

**IT IS SO ORDERED.**

Dated: _March 25, 2013
_____

By: _____
**HON. JAMES V. SELNA**
United States District Judge