1  NORMAN J. WATKINS, ESQ. – SBN#87327
   nwatkins@lynberg.com
2  S. FRANK HARRELL, ESQ. – SBN#133437
   sharrell@lynberg.com
3  ALEXANDRU D. MIHAI, ESQ. – SBN#251770
   amihai@lynberg.com
4  **LYNBERG & WATKINS, APC**
   A Professional Corporation
5  1100 Town & Country Road, Suite 1450
   Orange, California 92868
6  (714) 937-1010  Telephone
   (714) 937-1003  Facsimile
7
   Attorneys for Defendants
8

JS-6

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

| 12  CHRISTINE MURRAY, | CASE NO. 10-CV-1675 JVS (MLGx) |
|---|---|
| 13            Plaintiff, | Assigned for All Purposes to the Hon. James V. Selna |
| 14       vs. | **JUDGMENT FOR DEFENDANTS** |
| 15  COUNTY OF ORANGE, a municipal 16  corporation, | |
| 17            Defendant. | |

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**[PROPOSED] JUDGMENT**

**JUDGMENT OF DISMISSAL**

On July 30, 2012, the Court granted Summary Adjudication and ordered that individual Defendants Sandra Hutchens, John Scott, and Michael Hillman were entitled to qualified immunity with respect to Plaintiff Christine Murray's ("Plaintiff's") First Cause of Action for violation of the First Amendment under 42 U.S.C. § 1983. (See, Docket No. 69).

On August 27, 2012, Plaintiff voluntarily dismissed her Third Cause of Action for "FEHA gender discrimination – *Gov't Code § 12940(a)*".  (See, Docket No. 74).

On September 21, 2012 the Court granted Summary Adjudication and dismissed Plaintiff's Eighth Cause of Action for violation of the "Public Safety Officers Procedural Bill of Rights Act – *Gov't Code § 3300 et seq.*" ("POBRA"). (See, Docket No. 77).

On October 10, 2012, Plaintiff voluntarily dismissed her Seventh Claim for "Retaliation – *Gov't Code § 53298*".  (See, Docket No. 82).

On October 31, 2012 the Court dismissed Plaintiff's Ninth Cause of Action for "Petition for Writ of Mandate – *Cal. Code Civ. Proc. § 1085* and/or Breach of Contact" without prejudice to re-filing in Superior Court. (See, Docket No. 78).

On December 19, 2012 the Court granted Summary Adjudication and dismissed Plaintiff's Second, Fourth, and Fifth Causes of Action for disability discrimination under the Fair Employment and Housing Act ("FEHA") and Plaintiff's Sixth Cause of Action for "Retaliation – *Labor Code § 1102.5*". (See, Docket No. 89).

On March 6, 2013, Plaintiff's First Cause of Action for violation of Plaintiff's First Amendment Rights under 42 U.S.C. § 1983 against Defendant County of Orange came on regularly for a bench trial in Courtroom 10C of the above-captioned Court, the Honorable James V. Selna, presiding.  Plaintiff Christine Murray, appeared by attorney Christopher Gaspard. Defendant County of

1  Orange, appeared by attorneys Norman J. Watkins and S. Frank Harrell.  After

2  hearing the admissible evidence and following due consideration of the matter, the

3  Court entered a verdict in favor of Defendant County of Orange on March 6, 2013.

4       All claims by Plaintiff against all Defendants having been dismissed, and

5  good cause appearing therefor,

6       **It is therefore now ORDERED, ADJUDGED, and DECREED that**

7  **judgment is entered in this action as follows:**

8       1.     Plaintiff Christine Murray shall recover nothing against Defendants;

9       2.     Defendants shall have judgment in their favor on all of Plaintiff's

10  causes of action; and

11       3.     Defendants shall recover from Plaintiff their costs of suit in accordance

12  with applicable law; and

13       4.     This matter shall be, and hereby is, dismissed as to Defendants County

14  of Orange, Orange County Sheriff's Department, Sandra Hutchens, John Scott, and

15  Michael Hillmann with prejudice.

16       **IT IS SO ORDERED.**

17

18  DATED_
    March 29, 2013_____

19

20                                          By: _____
                                                 **HON. JAMES V. SELNA**
                                                 United States District Judge

21

22

23

24

25

26

27

28

**3**
**[PROPOSED] JUDGMENT**